|  |  |
|---|---|
| JAMES HEMPHILL,  :  | UNITED STATES DISTRICT COURT |
|                    Plaintiff(s),  : | DISTRICT OF NEW JERSEY |
| -vs-  : | Hon. Joseph A. Greenaway, Jr. |
|  : | Civil Action No. 07-2162 (JAG) |
| ADMINISTRATOR GRACE ROGERS,  : | |
| et al.,  : | SCHEDULING ORDER |
|                    Defendant(s),  : | |

**IT IS on this 9th day of July, 2008**,

**ORDERED THAT:**

1. Discovery shall be completed not later than **November 1, 2008**. No discovery shall be issued or engaged in thereafter.

2. No motion to compel discovery or to resolve a discovery dispute shall be entertained unless the motion is filed not later than the date for completion of discovery.

3. Any motion to add parties or to amend pleadings shall be filed with a return date not later than **September 15, 2008**. The parties are barred from moving to add parties or amend pleadings thereafter.

4. Any pro se litigant shall serve on counsel for all parties and any other pro se litigant a copy of every pleading or other document submitted to the Court and shall include with any such pleading or document a certificate of service, which shall recite what pleading or document is being

served and the date of service.

     5.     If defendants plan to file a summary judgment motion, they shall do so within thirty (30) days after the close of fact discovery.  Failure to do so may result in dismissal of the motion as untimely.

     6.     The Court will schedule a final pretrial conference after all dispositive motions are decided.

     7.     Failure to appeal to the District Court from any order issued by the undersigned (see Local Civil Rule 72.1(c)(1) may preclude the aggrieved party from securing judicial review of that order on appeal to the Third Circuit court of Appeals from a final judgment or order.

                              s/Madeline Cox Arleo
                                **MADELINE COX ARLEO**
                                **United States Magistrate Judge**

Original:     Clerk of the Court
cc:           U.S.D.J.
              All Parties